# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| THERESA A. PISTOLESI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:1:17-cv-115-HSM-SKL |
| ) | |
| UNUM GROUP CORPORATION, ) | |
| f/k/a UNUMPROVIDENT CORPORATION; ) | |
| UNUM LIFE INSURANCE COMPANY OF ) | |
| AMERICA; TIME WARNER CABLE ) | |
| BENEFITS PLAN, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses her action without prejudice.

        Respectfully submitted,

        /s/  *Thomas O. Sinclair*
        Thomas O. Sinclair
        Sinclair Law Firm, LLC
        2100-A SouthBridge Parkway
        Suite 336
        Birmingham, AL 35209
        T:  205.868.0818
        F:  205.868.0894
        E:  tsinclair@sinclairlawfirm.com

        **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all parties of record via U.S. mail on May 4, 2017:

Unum Group Corporation
c/o James S. Williams, Esq.
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35255

Unum Life Insurance Company of America
c/o James S. Williams, Esq.
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35255

Time Warner Cable Benefits Plan
c/o V.P. and Associate General Counsel (Litigation)
Time Warner Cable, Inc.
c/o AOL Time Warner
75 Rockefeller Plaza
New York, NY 10019

/s/ *Thomas O. Sinclair*
Of Counsel